

# IN THE
# TENTH COURT OF APPEALS

—————————

## No. 10-16-00167-CV

**VANESSA WATTS,**

**Appellant**

 **v.**

**SAINT MICHAEL'S ACADEMY,**

**Appellee**

—————————

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 5077-B

—————————

## MEMORANDUM OPINION

—————————

Vanessa Watts appeals the trial court's judgment rendered against her on February 11, 2016.  By letter dated June 20, 2016, the Clerk of this Court notified Watts that the appeal was subject to dismissal because the original filing fee of $205.00 had not been paid and warned Watts that the Court would dismiss the appeal unless, within 10 days from the date of the letter, Watts paid the filing fee or obtained indigent status for the purposes of appeal.  Ten days have passed, and Watts has not responded.

This appeal is dismissed.  TEX. R. APP. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 20, 2016
[CV06]

